ORIGINAL

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 05-00030 SOM 01 |

(01) SHERWIN R. DIAZ
155 N. Beretania St.
Honolulu HI 96813
(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST (01) SHERWIN R. DIAZ and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Title 18 U.S.C. § 922(j), 2, and 924(a)(2) - Possession of a stolen firearm, a Beretta Model 92FS 9mm caliber semiautomatic pistol - 10/06/2004.

in violation of Title 18 United States Code, Section(s) 922(j), 2, and 924(a)(2).

| | |
|---|---|
| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | January 12, 2005 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL    By: Barry M. Kurren, United States Magistrate Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | SPECIAL AGENT | |
| Date of Arrest 1-25-05 | GERY J. GRAHAM | [signature] |