AO 442 (Rev. 3/99) Warrant for Arrest

SEALED ORIGINAL
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

UNITED STATES OF AMERICA

V.

SHERWIN R. DIAZ

**WARRANT FOR ARREST**

CASE NUMBER: 04-0699 BMK

U.S. MARSHALS SERVICE
HONOLULU, HI
2004 NOV -2 PM 12: 23
RECEIVED

To:   The United State Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     SHERWIN R. DIAZ

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    X Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Did knowingly possess in and affecting commerce a stolen firearm

in violation of Title 18 United States Code, Section 922(j).

_[signature]_
BARRY M. KURREN
Name of Issuing Officer

Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

November ___, 2004    Honolulu, HI
Date and Location

TO BE DETERMINED
Bail fixed at $

_[signature]_
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 1-25-05 | SPECIAL AGENT Jerry J. Graham | _[signature]_ |